UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **12-20032-CR-WILLIAMS(s)**
21 U.S.C. § 963
18 U.S.C. § 1512(k)
18 U.S.C. § 1512(a)(1)(C)
21 U.S.C. § 853
18 U.S.C. § 982

Sealed

UNITED STATES OF AMERICA

vs.

ANDRES FERNANDO ARROYAVE RAMIREZ,
    a/k/a "El Nino,"
    a/k/a "La Maquina,"
    a/k/a "La Maquinita,"
JOSE HIGINIO JARAMILLO MARTINEZ,
    a/k/a "Jota,"
    a/k/a "Don Jesus,"
    a/k/a "Boyaco,"
SAMIH MORAN ALARCON,
    a/k/a "Sami,"
JOSE DAVID RICARDO CALDERA,
RICARDO ORTIZ RAMIREZ,
    a/k/a "Chapa,"
CRISTIAN FELIPE CARVAJAL SANCHEZ,
OSCAR SERGIO ASUAD OTERO,
    a/k/a "Raton,"
HERNAN ALONSO RUIZ SANCHEZ,
    a/k/a "Federico,"
    and
ARTURO RAMON MARTINEZ GUTIERREZ,
    a/k/a "Pedro,"
    a/k/a "Don Pedro,"
    a/k/a "El Viejo,"

    Defendants.
_____/



FILED by ___ D.C.
FEB 1 0 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning at least as early as in or around April, 2011, and continuing until on or about the date of the return of this Superseding Indictment, in the country of Colombia and elsewhere, the defendants,

ANDRES FERNANDO ARROYAVE RAMIREZ,
a/k/a "El Nino,"
a/k/a "La Maquina,"
a/k/a "La Maquinita,"
JOSE HIGINIO JARAMILLO MARTINEZ,
a/k/a "Jota,"
a/k/a "Don Jesus,"
a/k/a "Boyaco,"
SAMIH MORAN ALARCON,
a/k/a "Sami,"
JOSE DAVID RICARDO CALDERA,
RICARDO ORTIZ RAMIREZ,
a/k/a "Chapa,"
CRISTIAN FELIPE CARVAJAL SANCHEZ,
OSCAR SERGIO ASUAD OTERO,
a/k/a "Raton,"
HERNAN ALONSO RUIZ SANCHEZ,
a/k/a "Federico,"
and
ARTURO RAMON MARTINEZ GUTIERREZ,
a/k/a "Pedro,"
a/k/a "Don Pedro,"
a/k/a "El Viejo,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, both known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

2

violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

Beginning at least as early as on or about October 27, 2011, and continuing until on or about November 25, 2011, in the country of Colombia, the defendants,

**JOSE HIGINIO JARAMILLO MARTINEZ,**
a/k/a "Jota,"
a/k/a "Don Jesus,"
a/k/a "Boyaco,"
**SAMIH MORAN ALARCON,**
a/k/a "Sami,"
**JOSE DAVID RICARDO CALDERA,**
**RICARDO ORTIZ RAMIREZ,**
a/k/a "Chapa,"
**HERNAN ALONSO RUIZ SANCHEZ,**
a/k/a "Federico,"
and
**ARTURO RAMON MARTINEZ GUTIERREZ,**
a/k/a "Pedro,"
a/k/a "Don Pedro,"
a/k/a "El Viejo,"

did knowingly combine, conspire, confederate and agree with each other and with other persons, both known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1512(a)(1)(C), that is, to kill, with intent to prevent the communication by any person to a law enforcement officer of the United States of information relating to the commission and possible commission of a Federal offense.

All in violation of Title 18, United States Code, Section 1512(k).

## COUNT 3

On or about November 25, 2011, in the country of Colombia, the defendants,

**JOSE HIGINIO JARAMILLO MARTINEZ,**
a/k/a "Jota,"

3

a/k/a "Don Jesus,"
a/k/a "Boyaco,"
SAMIH MORAN ALARCON,
a/k/a "Sami,"
JOSE DAVID RICARDO CALDERA,
RICARDO ORTIZ RAMIREZ,
a/k/a "Chapa,"
HERNAN ALONSO RUIZ SANCHEZ,
a/k/a "Federico,"
and
ARTURO RAMON MARTINEZ GUTIERREZ,
a/k/a "Pedro,"
a/k/a "Don Pedro,"
a/k/a "El Viejo,"

did knowingly kill another person, that is, S.S.B., with intent to prevent the communication by any person to a law enforcement officer of the United States of information relating to the commission and possible commission of a Federal offense, in violation of Title 18, United States Code, Sections 1512(a)(1)(C) and 2.

## CRIMINAL FORFEITURE

1.  The allegations of Counts 1 through 3 of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest.

2.  Upon conviction of the violations alleged in Count 1 of this Superseding Indictment, the defendants shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violation pursuant to Title 21, United States Code, Section 853. The property subject to forfeiture includes, but is not limited to, the following:

    a.  50,000,000 Colombian pesos (approximately $24,866.00 in United States

Currency following exchange rate) seized on October 27, 2011; and

b. The sum of ~~four billion dollars ($4,000,000,000.00)~~ SEVEN BILLION [$7,000,000,000.00] in United States currency.

3. Upon conviction of the violations alleged in Counts 2 and 3 of this Superseding Indictment, the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the charged offense pursuant to Title 18, United States Code, Section 981(a)(1)(C).

4. If any of the forfeitable property described in the forfeiture section of this Superseding Indictment, as a result of any act or omission of the defendants,

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property.

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 981(a)(1)(c), and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ANDRES FERNANDO ARROYAVE RAMIREZ, et al.,

**Defendants.**
_____/

CASE NO. __12-20032-CR-WILLIAMS(s)__

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)    Yes __X__    No ____
Number of New Defendants    __1__
Total number of counts    __1__

**Court Division:** (Select One)

__X__ Miami ____ Key West
____ FTL ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **YES**
   List language and/or dialect **SPANISH**

4. This case will take __8__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    0 to 5 days    ____
   II   6 to 10 days   __X__
   III  11 to 20 days  ____
   IV   21 to 60 days  ____
   V    61 days and over ____

   (Check only one)

   Petty    ____
   Minor    ____
   Misdem.  ____
   Felony   __X__

6. Has this case been previously filed in this District Court? (Yes or No) **NO**
   If yes:
   Judge: __Kathleen William__    Case No. __12-20032-CR-William__
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **NO**
   If yes:
   Magistrate Case No. ____
   Related Miscellaneous numbers: ____
   Defendant(s) in federal custody as of ____
   Defendant(s) in state custody as of ____
   Rule 20 from the ____ District of ____

   Is this a potential death penalty case? (Yes or No) **NO**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500885

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ANDRES FERNANDO ARROYAVE RAMIREZ, a/k/a "El Nino," a/k/a "La Maquina," a/k/a "La Maquinita"

**Case No:** 12-20032-CR-WILLIAM(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JOSE HIGINIO JARAMILLO MARTINEZ, a/k/a "Jota," a /k/a "Don Jesus," a/k/a "Boyaco"

**Case No**: 12-20032-CR-WILLIAM(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

\* **Max.Penalty**: Life Imprisonment

Count #: 2

Conspiracy to tamper with a witness

Title 18, United States Code, Section 1512(k)

\* **Max.Penalty**: Thirty Years' Imprisonment

Count #: 3

Killing a witness to prevent communication with a law enforcement officer

Title 18, United States Code, Section 1512(a)(1)(C)

\* **Max.Penalty**: Thirty Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** SAMIH MORAN ALARCON, a/k/a "Sami"

**Case No:** 12-20032-CR-WILLIAM(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

\* **Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to tamper with a witness

Title 18, United States Code, Section 1512(k)

\* **Max.Penalty:** Thirty Years' Imprisonment

Count #: 3

Killing a witness to prevent communication with a law enforcement officer

Title 18, United States Code, Section 1512(a)(1)(C)

\* **Max.Penalty:** Thirty Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOSE DAVID RICARDO CALDERA

**Case No:** 12-20032-CR-WILLIAM(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to tamper with a witness

Title 18, United States Code, Section 1512(k)

**\* Max.Penalty:** Thirty Years' Imprisonment

Count #: 3

Killing a witness to prevent communication with a law enforcement officer

Title 18, United States Code, Section 1512(a)(1)(C)

**\* Max.Penalty:** Thirty Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** RICARDO ORTIZ RAMIREZ, a/k/a "Chapa"

**Case No:** 12-20032-CR-WILLIAM(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

*** Max.Penalty**: Life Imprisonment

Count #: 2

Conspiracy to tamper with a witness

Title 18, United States Code, Section 1512(k)

*** Max.Penalty**: Thirty Years' Imprisonment

Count #: 3

Killing a witness to prevent communication with a law enforcement officer

Title 18, United States Code, Section 1512(a)(1)(C)

*** Max.Penalty**: Thirty Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** CRISTIAN FELIPE CARVAJAL SANCHEZ

**Case No:** 12-20032-CR-WILLIAM(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

---

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: OSCAR SERGIO ASUAD OTERO, a/k/a "Raton"

Case No: 12-20032-CR-WILLIAM(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

\* Max.Penalty:   Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  HERNAN ALONSO RUIZ SANCHEZ, a/k/a "Federico"

**Case No**:  12-20032-CR-WILLIAM(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

*  **Max.Penalty**:  Life Imprisonment

Count #: 2

Conspiracy to tamper with a witness

Title 18, United States Code, Section 1512(k)

*  **Max.Penalty**:  Thirty Years' Imprisonment

Count #: 3

Killing a witness to prevent communication with a law enforcement officer

Title 18, United States Code, Section 1512(a)(1)(C)

*  **Max.Penalty**:  Thirty Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ARTURO RAMON MARTINEZ GUTIERREZ, a/k/a "Pedro, a/k/a "Don Pedro," a/k/a "El Viejo,"

**Case No:** 12-20032-CR-WILLIAM(s)

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

*** Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to tamper with a witness

Title 18, United States Code, Section 1512(k)

*** Max.Penalty:** Thirty Years' Imprisonment

Count #: 3

Killing a witness to prevent communication with a law enforcement officer

Title 18, United States Code, Section 1512(a)(1)(C)

*** Max.Penalty:** Thirty Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.