UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:12-cr-20032-KMW-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRES FERNANDO ARROYAVE RAMIREZ,

    Defendant.
_____/

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

Movant, Benson Weintraub, Esq. and co-counsel Brandon Sample, Esq. respectfully move for leave of Court to withdraw as counsel of record for Defendant Andres Fernando Arroyave Ramirez. In support thereof, movants offers the following:

1. The undersigned were retained by Andres Fernando Arroyave Ramirez ("Ramirez") for the purpose of appearance as co-counsel on behalf of defendant in the above-styled case.

2. On October 27, 2017, movant filed Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. (DE 386).

3. This honorable Court granted the motion on October 30, 2017. (DE 388).

4. Undersigned counsel have completed the work they were retained to perform. As such, maintenance of an appearance in the case is no longer necessary.

Wherefore, the undersigned respectfully moves for this Honorable Court for leave to withdraw as counsel of record for Andres Fernando Arroyave Ramirez.

Respectfully submitted,

/s/ Benson Weintraub
Benson Weintraub
Jeremy Gordon, PLLC
Florida Bar No. 486418
401 E. Las Olas Blvd.
Suite 130-290
Ft. Lauderdale, FL 33301
Email: Weintraub.benson@gmail.com

*Counsel for Defendant*

/s/ Brandon Sample
Brandon Sample
Brandon Sample PLC
VT Bar No. 5573
P.O. Box 250
Rutland, VT 05702
Tel: 802-444-4357
Email: Brandon@brandonsample.com

*Counsel Pro Hac Vice for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing duly served on all counsel of record via the Court's CM/ECF system this 28th day of January 2019.

/s/ Benson Weintraub