UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CR-20032-KMW-1

UNITED STATES OF AMERICA,

v.

ANDRES FERNANDO ARROYAVE RAMIREZ,

    Defendant.

_____/

### ORDER

**THIS MATTER** is before the Court on Defendant Andres Arroyave Ramirez's Motion for Reconsideration (DE 413) and Motion for Certain Zero-Point Offender (DE 416) (collectively, "***Motions***"). The Government acknowledges that Mr. Arroyave-Ramirez is eligible for a reduction and that his new guideline range would be 135 – 168 months (Offense Level 33). Accordingly, after consideration of the Motions, the Government's Response and the 18 U.S.C. § 3553 factors, the Court **GRANTS** Mr. Arroyave-Ramirez's Motions (DE 413; DE 416) and resentences him to 168 months. In light of this Order, Mr. Arroyave-Ramirez's Motion to Expedite Decision on Case (DE 420) is **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers in Miami, Florida, on this 14th day of May, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE